WESTERN NEW YORK WATER COMPANY, Respondent, *v.* CITY OF NIAGARA FALLS et al., Appellants.

*Western New York Water Co.* v. *City of Niagara Falls*, 176 App. Div. 944, affirmed.

(Argued April 28, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered February 23, 1917, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought for the purpose of obtaining a judgment permanently restraining and enjoining the defendants from continuing to discharge the wash water effluent from its filtration plant into the waters of Niagara river. The plaintiff alleged that the effluent so discharged polluted the waters of the river, thereby damaging and injuring its business. The defendants, in their answer, denied that the effluent discharged polluted the waters of the river, and upon the trial claimed that nothing was placed in the river of an injurious character which had not been taken therefrom in the first instance and in this respect denied all the allegations of the complaint.

*Robert J. Moore* for appellants.

*Edward H. Letchworth* and *Thomas R. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.